*(SCAN)*

ENTER   JS6

FILED
CLERK, U.S. DISTRICT COURT

JUL - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE CENTRAL DISTRICT OF CALIFORNIA

9

10   **MING CHING JIN,**                      CV 06-742-R (JCR)

11                          Plaintiff,        [~~PROPOSED~~] JUDGMENT

12          v.

13   **W. HENSE, et al.,**

14                          Defendants.

15      **IT IS ORDERED AND ADJUDGED** that Judgment is entered granting

16   defendant L. Forgia's Motion for Summary Judgment and dismissing Case No CV

17   06-742-R (JCR) as a matter of law.

18

19   Dated: _July 1, 2008_

20                                    **The Honorable Manuel L. Real**
                                     **United States District Judge**

21

22   Presented by:

      EDMUND G. BROWN JR.
23   Attorney General of the State of California
      DAVID S. CHANEY
24   Chief Assistant Attorney General
      ROCHELLE C. EAST
25   Senior Assistant Attorney General
      RENE L. LUCARIC
26   Supervising Deputy Attorney General

27      /s/

28   JILL A. VANDER BORGHT
      Deputy Attorney General
      Attorneys for Defendant L. Forgia

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Jin v. Hense, et al.**

No.:   **CV 06-742-R (JCR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 1, 2008</u>, I served the attached **[PROPOSED] JUDGMENT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

**Ming Ching Jin  - CDC No. P-06227**
**California Substance Abuse Treatment**
Facility & State Prison-Corcoran
P.O. Box 5246
Corcoran, CA 93212
Plaintiff/In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 1, 2008, at Los Angeles, California.

| | |
|---|---|
| _____M. I. Salvador_____ | _____ |
| Declarant | Signature |

50281723.wpd