1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | RENE L. LUCARIC
Supervising Deputy Attorney General
5 | JILL VANDER BORGHT, State Bar No. 240004
Deputy Attorney General
6 | 300 South Spring Street, Suite 1702
Los Angeles, CA 90013
7 | Telephone: (213) 897-0188
Fax: (213) 897-1071
8 | Email: Jill.VanderBorght@doj.ca.gov

9 | Attorneys for Defendant L. Forgia
SA2004102332

10

FILED
CLERK, U.S. DISTRICT COURT

JUL - 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

11 |             IN THE UNITED STATES DISTRICT COURT

12 |           FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

14 | **MING CHING JIN,**                    CV 06-742-R (JCR)

15 |                          Plaintiff,     [~~PROPOSED~~] STATEMENT OF

16 |             v.                          UNCONTROVERTED FACTS AND
                                            CONCLUSIONS OF LAW
17 | **W. HENSE, et al.,**

18 |                          Defendants.    Courtroom: 8
                                            Judge:  The Honorable Manuel L. Real
19

20 |     After consideration of the papers in support of, and in opposition to

21 | Defendant's Motion for Summary Judgment, the Court determines that the

22 | following facts have been established as,

23 |                      UNCONTROVERTED FACTS

24 |     1.   Immediately prior to being transferred, October 2, 2002, Plaintiff Ming

25 | Ching Jin ("Plaintiff") was an inmate incarcerated at California State Prison, Los

26 | Angeles County (CSP-LAC) in Lancaster, California.  (See Plaintiff's Third

27 | Amended Complaint (TAC), p. 4.)

28 | ///

                                    1

Case 2:06-cv-00742-R-JCR     Document 70     Filed 07/01/2008     Page 2 of 5

1       2.   On August 28, 2002, at CSP-LAC, an annual review was conducted of the

2   Plaintiff's status by a three member Unit Classification Committee.  (TAC, p. 4.)

3       3.   Correctional Counselor I, Defendant Forgia attended this Unit

4   Classification Committee as its lowest ranking member.  (TAC, p. 4; Defendant's

5   MSJ: Declaration of L. Forgia (Decl. of Forgia), ¶¶ 4, 6; Declaration of K. Klee

6   (Decl. of Klee), ¶¶ 11-12.)

7       4.   This Committee also consisted of two higher ranking officials, Captain

8   Medina, and Correctional Counselor II Parker.  (Defendant's MSJ: Decl. of

9   Forgia, Exhibit 1: Annual Review of Jin dated August 28, 2002.)

10       5.   At the August 28, 2002 annual review of inmate, Plaintiff Jin, all three of

11   these members signed off on its findings.  (Defendant's MSJ: Decl. of Forgia,

12   Exhibit 1: Annual Review of Jin dated August 28, 2002; Decl. of Klee, ¶ 12.)

13       6.   At this review, the Committee calculated Plaintiff's classification score,

14   noted his feelings towards transfer, and endorsed the Plaintiff for any of three

15   options: (1) retention at CSP-LAC; (2) transfer to RJD (Richard J. Donovan

16   Correctional Facility in San Diego, California); or (3) transfer to CMCE

17   (California Men's Colony East in San Luis Obispo, California).  (See Defendant's

18   MSJ: Decl. of Forgia, ¶ 7; Decl. of Forgia, Exhibit 1: Annual Review of Inmate Jin

19   dated August 28, 2002; Decl. of Klee, ¶ 17.)

20       7.   At this review, the Committee did not endorse the Plaintiff for transfer to

21   Corcoran State Prison.  (Defendant's MSJ: Decl. of Forgia, ¶ 11; Decl. of Forgia,

22   Exhibit 1: Annual Review of Inmate Jin dated August 28, 2002.)

23       8.   The Committee's findings were then sent outside the institution to a

24   statewide member of the classification team, the Classification Staff

25   Representative.  (Defendant's MSJ: Decl. of Forgia, ¶¶ 9-10; Decl. of Forgia,

26   Exhibit 2: CDC 128-G Classification - CSR Action for inmate Jin; Decl. of Klee,

27   ¶¶ 13-14.)

28   ///

Case 2:06-cv-00742-R-JCR    Document 70    Filed 07/01/2008    Page 3 of 5

9.  The Classification Staff Representative reviews an inmate's case in light of a number of different factors, many of which are unavailable to the institutional committee members. (Defendant's MSJ: Decl. of Klee, ¶¶ 13-15, 17, Decl. of Forgia, ¶¶ 9-10.)

10.  The relevant list of institutional availability from September 16, 2002 indicates that all three of the institutions recommended by the Unit Classification Committee for inmate Jin were unavailable to him. (Defendant's MSJ: Decl. of Klee, ¶¶ 16-17; Decl. of Klee, Exhibit 1: Dos & Don'ts List for week of September 16, 2002.)

11.  Corcoran State Prison was available to house the Plaintiff, and it was the nearest institution geographically to CSP-LAC, his location at that time. (Defendant's MSJ: Decl. of Klee, ¶ 18; Decl. of Klee, Exhibit 1: Dos & Don'ts List for week of September 16, 2002.)

12.  On September 19, 2002, a Classification Staff Representatives endorsed Plaintiff Jin for transfer to Corcoran State Prison. (Defendant's MSJ: Decl. of Forgia, ¶¶ 9-10; Decl. of Forgia, Exhibit 2: CDC 128-G Classification - CSR Action for inmate Jin; Decl. of Klee, ¶¶ 13-17.)

/// 13. Plaintiff Jin pointed to admissible evidence
/// of any conspiracy to transfer him.

///
///
///
///
///
///
///
///
///
///
///

3

Case 2:06-cv-00742-R-JCR   Document 70   Filed 07/01/2008   Page 4 of 5

1

## CONCLUSIONS OF LAW

2  1. Defendant L. Forgia did not take any adverse action against the Plaintiff.

3  2. Defendant L. Forgia did not retaliate against the Plaintiff for his having

4 filed grievances.

5

6 Dated: _July 1, 2008_     _____

7             The Honorable Manuel L. Real
               United States District Judge

8 Presented by:

9 EDMUND G. BROWN JR.
  Attorney General of the State of California

10 DAVID S. CHANEY
  Chief Assistant Attorney General

11 ROCHELLE C. EAST
  Senior Assistant Attorney General
  RENE L. LUCARIC

12 Supervising Deputy Attorney General

13  /s/

14 JILL A. VANDER BORGHT
  Deputy Attorney General

15 Attorneys for Defendant L. Forgia

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 2:06-cv-00742-R-JCR     Document 70     Filed 07/01/2008     Page 5 of 5

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Jin v. Hense, et al.**

No.:   **CV 06-742-R (JCR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 1, 2008, I served the attached **[PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

**Ming Ching Jin - CDC No. P-06227**
**California Substance Abuse Treatment**
Facility & State Prison-Corcoran
P.O. Box 5246
Corcoran, CA 93212
Plaintiff/In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 1, 2008, at Los Angeles, California.

_____          _____
        M. I. Salvador                                           Signature
         Declarant

50281731.wpd